# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JAISHRI MEHTA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 17-02532-AB (SSx) |
| v. | |
| WELLS FARGO BANK, N.A. | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 6/21/2017 | 15 | Motion |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

Per Local Rule 7.1-1, counsel shall immediately file the Certificate of Interested Parties.

Clerk, U.S. District Court

Dated: 7/11/2017          By: C. Badirian
                              Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge